RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Kimberly Jean Wyka

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>KIMBERLY JEAN WYKA,<br><br>                    Defendant. | Case No. 2:23-mj-00816-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION TO CLOSE CASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Kimberly Jean Wyka, that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

This Stipulation is entered into for the following reasons:

1.      On November 23, 2023, Ms. Wyka entered into a Petty Offense Plea Agreement with the United States in which she agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor. ECF No. 13.

2.      The parties agreed to recommend that Ms. Wyka be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $400 fine and a mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's DUI course and Victim Impact Panel; (iii) complete an 8-hour online drug and alcohol course; (iv) stay out of the Lake Mead National Recreation Area for a period of 6 months and (v) not violate any local, state, or federal laws for a period of six months.

3.      On November 23, 2023, this Court sentenced Ms. Wyka pursuant to the parties' plea agreement.

4.      Since commencing her term of unsupervised probation, Ms. Wyka has successfully completed conditions (i), (ii), (iii), (iv), and (v).

5.      The parties agree to jointly move to allow Ms. Wyka to withdraw her plea of guilty to Count 1, Operating a Motor Vehicle while Under the Influence of Alcohol in violation of 36 C.F.R. § 4.23(a)(1).

6.      The government herby moves, pursuant to the plea agreement to amend Count 1 of the Complaint to a charge of Reckless Driving, a violation of Title 36 C.F.R. § 4.2(b) and NRS 484B.653.

7.      Ms. Wyka hereby pleads guilty to the amended Count 1 of the Complaint.

8.      The parties jointly request that the original sentence be applied to the Reckless Driving conviction.

9.      Considering Ms. Wyka has successfully completed all terms and conditions of her sentence, the parties jointly request that the remaining term of unsupervised probation be terminated, and the above-captioned matter be closed.

DATED this 21st day of May 2024.

RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender                United States Attorney


    */s/ Keisha K. Matthews*               */s/ Randolph J. St. Clair*
By_____    By_____
KEISHA K. MATTHEWS                RANDOLPH J. ST. CLAIR
Assistant Federal Public Defender   Assistant   United   States   Attorney

3

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00213-BNW |
|      Plaintiff, | **<u>ORDER</u>** |
|      v. | |
| KIMBERLY JEAN WYKA, | |
|      Defendant. | |

10
11

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

12
13

    1.    Ms. Wyka has successfully completed all terms and conditions of her sentence.

14

<u>ORDER</u>

15
16
17

    IT IS HEREBY ORDERED that Ms. Wyka's request to withdraw her guilty plea to Operating a Motor Vehicle while Under the Influence of Alcohol is GRANTED.

18
19
20

    IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

21
22
23

    IT IS FURTHER ORDERED that the Court accepts Ms. Wyka's guilty plea to the amended Count 1 of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

24
25

    IT IS FURTHER ORDERED that the original sentence be applied to the amended Count 1 of the Complaint.

26

4

IT IS FURTHER ORDERED that because Ms. Wyka has completed all terms and conditions of her sentence, the remaining term of unsupervised probation is terminated, and this case is closed.

DATED this 22<u>nd</u> day of May 2024.

_____
UNITED STATES MAGISTRATE JUDGE